UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No.: | 5:25-cv-02211-RGK-RAO | Date: | October 10, 2025 |
| Title: | Erasto Flores Romero | | |

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| E. Ramirez | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:  (IN CHAMBERS)    RE: RESPONDENT'S ANSWER [5]**

The Court is in receipt of Respondent's Answer to the Petition for Writ of Habeas Corpus filed on October 6, 2025.  Dkt. No. 5.  Any Traverse or response to the Answer shall be filed no later than November 6, 2025.

Thereafter, the matter will thereafter be taken under submission.

**IT IS SO ORDERED.**

                                                                                                :
                                                                           Initials of Preparer         er